# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **Kimberly Hartman, et al.** | Action No:   6:19CV00053 |
| | Date:   July 14, 2022 |
| vs. | Judge:   Norman K. Moon |
| | Court Reporter:   Lisa Blair |
| **Centra Health, Inc.** | Deputy Clerk:   Arlene Little |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Michael Paul Valois | Joshua Long |

### LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Parties present by Zoom/Videoconference for hearing on ECF No. 25 Motion to Dismiss for Failure to State a Claim by Centra Health, Inc.   Order forthcoming.

Time in Court:   2:31pm – 3:31 pm = 1 hour