CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/4/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMONWEALTH OF VIRGINIA, ex rel. KIMBERLY HARTMAN, ANNA BASS, and DEBRA WOODY,<br><br>*Relators*,<br><br>v.<br><br>CENTRA HEALTH, INC.,<br><br>*Defendant.* | CASE NO. 6:19-cv-00053<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on its own motion. All non-dispositive pretrial motions and issues are hereby referred to United States Magistrate Judge C. Kailani Memmer pursuant to 28 U.S.C. § 636(b)(1)(A). Now-United States District Judge Robert S. Ballou is no longer assigned to the case.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all parties.

Entered this  4th  day of April, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE