# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) | |
| COMMONWEALTH OF VIRGINIA, *ex rel.*, ) | |
|    *Plaintiffs* ) | |
| ) | |
| KIMBERLY HARTMAN, RN ) | |
| ) | |
| and ) | |
| ) | |
| ANNA BASS ) | CIVIL ACTION NO. 6:19cv00053 |
| ) | |
| and ) | |
| ) | |
| DEBRA WOODY, ) | |
|    *Relators* ) | |
| ) | |
| v. ) | |
| CENTRA HEALTH INC, ) | |
|    *Defendant*. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW the Relators, by counsel, and by consent of all parties undersigned, to stipulate to dismissal of the above-styled case without prejudice.

Respectfully submitted,

**KIMBERLY HARTMAN, ANNA BASS and DEBRA WOODY**
**By Counsel**

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By: /s/ M. Paul Valois**
    **M. Paul Valois, Esquire**
    **Counsel for Defendant**
    **Virginia State Bar No. 72326**

THE UNDERSIGNED CONSENT TO DISMISSAL OF THE ABOVE-STYLED CASE WITHOUT PREJUDICE

/s/ G. Riley Worrell
G. Riley Worrell
Assistant United States Attorney
Western District of Virginia
310 First Street, SW, Room 906
Roanoke, VA 24011
P. (540) 857-2967
Riley.Worrell@usdoj.gov
*Counsel for the United States of America*

/s/ Elizabeth G. Perrow
Elizabeth Guilbert Perrow, Esq. (VSB No. 42820)
Joshua F. P. Long, Esq. (VSB No. 65684)
WOODS ROGERS PLC
P. O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7600
Fax: (540) 983-7711
eperrow@woodsrogers.com
jlong@woodsrogers.com
*Counsel for Defendant Centra Health, Inc.*

/s/ Kimberly M. Bolton
Kimberly M. Bolton Esq.
Lead Attorney/Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
202 North 9th Street
Richmond, VA 23219
O: (804) 786-4619 | M: (804) 337-0728 | F:
KBolton@oag.state.va.us
https://www.oag.state.va.us
*Counsel for Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

    I do hereby certify that on this 14th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ M. Paul Valois